1  Andrew T. Koenig, SBN: 158431
   Attorney at Law
2  353 Sanjon Road
   Ventura, CA 93001
3  Tel. 805 653-0284
   FAX: 805 643-3062
4  Email: andrewtkoenig@hotmail.com

5  Attorney for plaintiff Norma A. Garcia Gomez

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| NORMA A. GARCIA GOMEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>    Defendant. | No. CV 07-6872-SH<br><br>ORDER<br>AWARDING ATTORNEY'S<br>FEES AND COSTS PURSUANT<br>TO THE EQUAL ACCESS TO<br>JUSTICE ACT, 28 U.S.C.<br>§ 2412(d), AND COURT COSTS<br>PURSUANT TO<br>28 U.S.C. § 1920 |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Andrew T. Koenig, as counsel for Plaintiff and as Plaintiff's assignee, is awarded attorney fees under the Equal Access to Justice Act in the amount of THREE-THOUSAND EIGHT-HUNDRED DOLLARS and NO CENTS ($3,800.00), as authorized by 28 U.S.C. § 2412(d), and Court costs in the amount of THREE-HUNDRED FIFTY DOLLARS and NO CENTS ($350.00) pursuant to 28 U.S.C. § 1920, subject to the terms of the Stipulation.

Dated: September 3, 2008

STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE

1